**NOT FOR PUBLICATION**

FEB 26 2010

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RAVINDER SINGH, | No. 07-74075 |
| Petitioner, | Agency No. A070-551-134 |
| v. | |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM * |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 16, 2010**

Before:    FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

Ravinder Singh, a native and citizen of India, petitions for review of the

Board of Immigration Appeals' ("BIA") order denying his motion to reopen. We

have jurisdiction pursuant to 8 U.S.C. § 1252. We review for abuse of discretion

---

\*       This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

JT/Research

the denial of a motion to reopen. *Perez v. Mukasey*, 516 F.3d 770, 773 (9th Cir. 2008). We deny the petition for review.

The BIA did not abuse its discretion in construing Singh's third motion to reopen as seeking reopening of its January 26, 2005, order, and denying the motion as untimely filed and number-barred. *See* 8 C.F.R. § 1003.2(c).

Singh's remaining contentions are unavailing.

**PETITION FOR REVIEW DENIED.**